# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2013

*The Court of Appeals hereby passes the following order:*

**A12A2529. RUBEN GARZA v. THE STATE.**

This case was docketed on August 13, 2012, and pro se appellant was notified his enumeration of errors and brief were due within 20 days of docketing (i.e., by September 2, 2012).

Appellant has filed two motions for an extension of time, and both were granted, extending the due date to November 5, 2012. Even after extending the time for appellant to file his brief, he has failed to file the required documents. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), it is hereby ordered that this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/01/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*